Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

__Oklahom City_____ Division

**FILED**

JAN 2 0 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Rogers Latimore III

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CN-26-99-R

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes   ☐ No

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

CoreCivic Cimarron Correctional Facility

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rogers Latimore III |
| Address | 3091 Aqueduct Ave |
| | Royse City / City | TX / State | 75189 / Zip Code |
| County | RockWall |
| Telephone Number | 945-435-5864 |
| E-Mail Address | rogerslatimore.62@gmail.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Dr Scariet Grant |
| Job or Title *(if known)* | Warden |
| Address | 3200 S. King Hwy |
| | Cushing / City | OK / State | 74023 / Zip Code |
| County | Payne |
| Telephone Number | 918-225-3336 |
| E-Mail Address *(if known)* | N/A |

☐ Individual capacity     ☐ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | Medical Supervisor |
| Address | 3200 S. King Hwy |
| | Cushing / City | OK / State | 74023 / Zip Code |
| County | Payne |
| Telephone Number | 918-225-3336 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☐ Official capacity

### Defendant No. 3

|  |  |  |  |
|---|---|---|---|
| Name | N/A | | |
| Job or Title *(if known)* | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| County | N/A | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity    ☐ Official capacity

### Defendant No. 4

|  |  |  |  |
|---|---|---|---|
| Name | N/A | | |
| Job or Title *(if known)* | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| County | N/A | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Wrongful Information & Imprope Medical Care

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

**Wrongful Information & Imprope Medical Care**

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
I was picked up from ( Lagrange County Jail in Ga )and transported to ( Robert A. Deyton Detention Facility 11866 Hasting Bridge Rd Lovejoy,Ga )and from there toCoreCivic Cimarron Correction Facility. 3200 S. King Hwy, Cushing, OK 74023. I was held in population for almost three weeks. I was move from population and put on lock down. When i saw ( Review Board They Explained )someone had filled out my paper wrong and on lock for my safely.I did not post to be there.

B.    What date and approximate time did the events giving rise to your claim(s) occur?
November 30, 2023 Time 9:45 am

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
I was waiting for Sandusky County Jail to picked me up from Lagrange Ga County Jail. Violation Probation.Sandusky County Aduit Probation 2511 Countryside Dr Fremont, OH 43420
Fail to communcate with probation officer in March 1,2021. State Probation: Traffice Accident.

CoreCivic Cimarron Correctional Facility Cushing, Ok 74023
January 18, 2024 Time 9:45 am
Leaving the medical buiding slip and fell backward on my back and hiting my head on ice outside door . A Correctional Officer that was with us, help pick me up and he Supervisor. Let me back inside medical building to see a nurse.There was ice on top of concrete walkway.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I slipped and fell backward on my back and hiting my head on ice. Sent me to the emergncy room for x-rays on my head.
They did not do a MRI on my back, They did not give me any medication for pain.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am suing for $ 85 Million for Wrongful Information & Medical Expense and Pain, Suffering.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    01/08/2026

Signature of Plaintiff

Printed Name of Plaintiff    Rogers Latimore III

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address