**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ROGERS LATIMORE, III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-99-R** |
| | ) | |
| **CORECIVIC CIMARRON** | ) | |
| **CORRECTIONAL FACILITY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a defendant "within 90 days after the complaint is filed." Additionally, under Federal Rule 4(l)(1) and Local Civil Rule 4.2, a plaintiff must prove service by filing within fourteen days either (1) proof of service or (2) waiver of service.

Here, Plaintiff filed his complaint on January 20, 2026. Doc. 1. Accordingly, service must have been completed by April 20, 2026. No filing with the Court indicates Plaintiff has proven service on any Defendant.

Plaintiff is therefore **ORDERED** to prove timely service not later than **May 4, 2026**. Failure to do so may result in dismissal of this action without prejudice against Defendants for whom Plaintiff has not proven service.

**IT IS SO ORDERED** this 21st day of April, 2026.

CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE